176 So. 915

**Ex parte BERMAN BROS. IRON & METAL CO.**

**6 Div. 214.**

Supreme Court of Alabama.
Oct. 12, 1937.

Amzi G. Barber and Hugh Barber, both of Birmingham, for petitioners.

PER CURIAM.

Rule nisi denied. Ex parte Farrell, 234 Ala. 498, 175 So. 277.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

176 So. 916

**A. B. BLACK v. SOUTHERN COTTON OIL CO.**

**4 Div. 926.**

Supreme Court of Alabama.
Nov. 4, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

176 So. 916

**A. B. BLACK v. THE PACE CO.**

**4 Div. 927.**

Supreme Court of Alabama.
Nov. 4, 1927.

PER CURIAM.

Appeal dismissed for want of prosecution.

176 So. 916

**Ex parte Ross BLACKMON.**

**7 Div. 470.**

Supreme Court of Alabama.
Oct. 28, 1937.

Mulkey & Mulkey, of Geneva, for petitioner.

Knox, Acker, Sterne & Liles, of Anniston, for respondent.

PER CURIAM.

Petition denied.

177 So. 915

**Charles Edward CHAPMAN v. E. V. CALDWELL, Chairman State Board of Censors, Medical Ass'n of Alabama.**

**1 Div. 936.**

Supreme Court of Alabama.
Nov. 11, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

176 So. 916

**Luther COCHRAN v. STATE.**

**7 Div. 441.**

Supreme Court of Alabama.
Oct. 28, 1937.

PER CURIAM.

Appeal dismissed by appellant.